**Appeal Dismissed and Opinion Filed October 11, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-12-01367-CR
_____

## TIMOTHY WILLIAM PARKS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F12-00621-X**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and that this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
121367F.U05